UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCEOLA FREE, <br>   Plaintiff, <br>   v. <br> OAKLAND UNIFIED SCHOOL DISTRICT, <br>   Defendant. | Case No. 18-cv-06513-SK <br><br> **ORDER TO SHOW CAUSE** <br><br> Regarding Docket No. 8 |

On December 27, 2018, Defendant filed a motion to dismiss. Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by January 11, 2019. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than February 5, 2019, why the Court should not reassign and recommend that this action be dismissed for lack of prosecution or that Defendant's motion to dismiss be granted unopposed.

If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so, showing good cause for his failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by February 5, 2019, the Court will reassign this action and recommend that it be dismissed without further notice to Plaintiff.

The Court VACATES the motion hearing and case management conference date of February 11, 2019 and will reset the hearing if necessary at a later date.

The Court advises Plaintiff that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.

It is available electronically online (http://cand.uscourts.gov/prosehandbook) or in hard copy free of charge from the Clerk's Office.  The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: January 22, 2019



SALLIE KIM
United States Magistrate Judge